UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

FILED
2008 DEC 22 PM 2:42
... FLORIDA

Case No.

Eric Wendell Holloman
Plaintiff

vs.

Jacksonville Sheriff Office 501 East Bay Street
Jax, FLA 32202
Defendant

3:08-CV-1229-J-34HTS

# Civil Complaint

1. Plaintiff Resides At P.O. Box 13153, Jacksonville Florida 32206 in Duval County.

2. Defendant Resides At Jacksonville Sheriff Office 501 East Bay Street, Jacksonville, Florida 32202

(2)

[...]n vs JSO,
[...]mplaint

Pro-se, Plaintiff, Eric Wendell Holloman cites:

(A) United States Constitution 14th Amendment, United States Citizens Rights of Due Process, and Equal protection of Law to "All" United States Citizens,

(B) Florida Constitution, Section (1) Basic Rights, section (9) Due Process and Equal Protection of Law section 21 or 22, Right of Access ~~Access~~ Right to go ~~Accent~~ to Court, shall not be done away! with

2) Pro-se, Plaintiff, Eric W. Holloman gives Notice to the Court of His Disibilitys of the following: (a) "type #" Diabiatic! (b) High Blood Pressure (c) Gloucoma, in both eyes (3) Past car accidents leaveing with Accidents Permantly injury! Notes I take Doctor prescption for All my Disibilitys

Note to Court:
I Fear this JSO, might do me harm, I do not want to flee my hometown Jax, Fla but cop is a mean man! I Fear He Might want to kill! me! EWH

{ Equal Justice
Under Law, U.S. Citizens
Right to access to the Courts
of the Land EWH }

(3)

Ewers, JSO, Complaint)

Acts Complained of In this Concern:

a) ____________ Failure to Employ me

b) ____________ termination of my Employment

c) ____________ Failure to promote me

d) ____________ Others Acts As Specified below.

I would Like For the Court to Investagate how A J.S.O. police officer, who's white, I am black can Run ME out of Civil Cercuit Court, From the Duval County Courthouse for No "Just"! Reason at All, All I did was tried to get A Supervisor And Marty OAKs the MAN whom, Jim Fuller HEAD CLERK of Court hired to MAKE People As Myself Pay $750 dollar down And $250 a Month to File An Action in Civil Circuit Court, As I Went to get the Woman help with Her Computer the (2) Cops (#1) Male white MAN 250lbs, blue eys, VAN Dyke 6' (#2 Cop) white Female black HAIR 5'7" 185lbs told me to shut up And get out the Court-house, I took My Monie And Left with the (2) police Right behind ME Male said Dont' Come back!

(4)

WH vs JSO, Complaint

THE FACTS SURROUNDING MY CLAIM OF HARRASMENT, INTIMIDATION, AND DENIAL to ACCESS to the Court!

The facts surrounding my Complaint are: this past week 12-18-08 as I was trying to file my civil action in excess of $5,000.00 and the woman at the desk ~~[illegible]~~ CLERK didn't understand how to work the Computer to take my $47.00 down payment with $~~22~~ 22.00 a month, as I went to get the clerk help, this Blond MALE JSO Cop told me I had to get out! of the Courthouse, and not to say (1) word until I got outside the Courthouse Note: this same policeman tried to Intimidate me and harrass me about (7) year ago. ~~he~~ HE told ~~the~~ ME ~~that~~ HE Did not ~~white and his [illegible]~~ Like ME Representing myself Pro-se that I was a smart, ass nigger, Note: the day of 12-18-08, this JSO. was slandering me in front of another black female clerk, He held up a folder to his face as he talked to her, Note: Also the next day I went to Internal Affairs 501 E. Bay St, to file a Complaint JSO offi, Crosby, would not give me a Copy of my Complaint I wrote a Letter to Sheriff Rutherford About me being barred from the Courthouse by this Cop

(5)

[illegible] vs JSO) Cort'
complaint the facts surrounding my Claim of Denial of Right Access to Court
who has violated my civil Rights Denying me Access
to the Courts Note: I Cancelled my Fileing of my case
took my Papers back Cautionly as both J.S.O Police
were in Positions to shoot me with their guns!

Where fore!

I Pro-se, Plaintiff, Eric W. Holloman Do Motions and Plead with the Court for Damages, and trial by Jury, also Investagation in to these EC (2) two Bias JSO Police who Ran me out of the Duval Courthouse for No Just or Sound Reason Denying me my God given Right as a Native Born United States Citizen Liveing here in Duval County, Jax, Fla for 54 yrs. Note: I am Single, 54 yrs old, High Blood, both Knees has torn ACL in both Knees upper back, Lower back, Neck, injurys (3) Past Car Accident, I Do Plead for a Prayer of Relief for public shame, Public Enbrassment, public Humilation, Loss of Life Trial by Jury with Damages of $ 5000.00 Thousands Dollars, for Pain and Suffering Mental, Angui[sh]

I am Respfully yours Pro-se
Mr. Eric W. Holloman
Signed

(6)

EWH v. JSO
Complaint.

Mr. Eric Wendell Holloman
Name

P.O. Box 13153, Jax, Fla 32206
Mailing Address City State Zip

12-20-08
Date

Certification of Service

I Hereby Do Certify this 22nd day of December 2008 that A true Copy has been given to Defendant,